UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ANGELO VICARI, | No. 2:22-cv-0215 AC P |
| Plaintiff, | |
| v. | ORDER |
| AMADOR COUNTY, | |
| Defendant. | |

    Plaintiff, a pretrial detainee proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.[1] See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his inmate trust account statement. If plaintiff continues to have trouble obtaining a copy of his trust account statement, as indicated in his application, he should provide a copy of this order to the

---

[1] Plaintiff states that he does not believe that he is required to submit a trust account statement because he is a pretrial detainee and therefore not subject to the requirements of the Prison Litigation Reform Act (PLRA). ECF No. 2 at 3. However, for purposes of the PLRA, the definition of "prisoner" includes "any person incarcerated or detained in any facility who is *accused of* . . . violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h) (emphasis added). Plaintiff is therefore subject to the PLRA's requirements.

appropriate individual within the jail to demonstrate that he is required to provide such documentation.

     In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: February 7, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE