UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ANGELO VICARI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMADOR COUNTY,<br><br>　　　　　Defendant. | No.  2:22-cv-0215 AC P<br><br><br>ORDER |

　　　　Plaintiff has filed a motion requesting that the court "postpone consideration of defendant's motion/response." ECF No. 18.  It appears that plaintiff is requesting additional time to respond to defendant's answer to the complaint, which he states he has yet to receive a copy of and became aware of through the discovery and scheduling order.  Id.

　　　　The Federal Rules of Civil Procedure do not provide for a reply to an answer absent an order from the court.  Fed. R. Civ. P. 12(a)(1)(c).  The court has not ordered a reply to the answer and plaintiff has not identified any grounds warranting a reply.  The request for an extension of time to reply to the answer will therefore be denied.  Since it appears that plaintiff has not yet received a copy of defendant's answer, defendant will be directed to re-serve plaintiff with its answer.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time to reply to defendant's answer (ECF No. 18) is DENIED; and

2. Within seven days of the filing of this order, defendant shall re-serve plaintiff with a copy of its answer, if it has not done so already.

DATED: May 23, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE