UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ANGELO VICARI, | No. 2:22-cv-0215 AC P |
| Plaintiff, | |
| v. | ORDER |
| AMADOR COUNTY, | |
| Defendant. | |

On October 27, 2023, defendant filed a motion for summary judgment. ECF No. 22. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: December 4, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE