UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ANGELO VICARI, | No. 2:22-cv-0215-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| AMADOR COUNTY, | |
| Defendant. | |

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 10, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 24.)  The time to file objections has passed, and neither party filed objections to the findings and recommendations.

    The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 10, 2024 (ECF No. 24) are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b); and
3. The Clerk of the Court is directed to close this case.

Date:  February 2, 2024

_____
Troy L. Nunley
United States District Judge

2